IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LETTER OF REQUEST ) | |
| FROM THE UKRAINE ) | |
| IN THE MATTER OF ) | Misc. No. 05- |
| HYUNDAI SMUGGLING ) | |

## APPLICATION FOR ORDER (28 U.S.C. 1782)

The United States of America, by the undersigned, Richard Andrews, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Ukrainian authorities.

                                              COLM F. CONNOLLY
                                              United States Attorney

                                       By: _/s/ Richard G. Andrews_

                                              Richard G. Andrews
                                              Assistant U.S. Attorney
                                              Delaware Bar I.D. No.2199
                                              1007 N. Orange Street
                                              Wilmington, DE   19801
                                              (302) 573-6277

Dated: 4/7/05