Translation from Ukrainian into English

## REQUEST REGARDING LEGAL ASSISTANCE
## IN THE CRIMINAL CASE NO 261

To: Section of International cases
under criminal and legal Department of
Justice of the United States of America

Regarding the legal assistance in investigation
of the criminal case No 261, instituted upon
the matter of smuggling of the microbus
"HYUNDAI H-1 2.4 L" VIN
No NLJWWH7WO4z014724, engine No
G4JS3914774, according to Article 201,
Part 1 of Ukrainian Criminal Code

Ukraine applies with the request regarding the legal assistance to the competent authorities of the United States of America in accordance with the Agreement concerning mutual legal assistance in criminal cases, signed on July 22, 1998 in the city of Kiev.

The investigation section of the Security Service Administration of Ukraine in Odessa region proceeds criminal case No 261, instituted in relation of smuggling of the microbus "HYUNDAI H-1 2.4 L" VIN No NLJWWH7WO4z014724, engine No G4JS3914774, according to Article 201, Part 1 of Ukrainian Criminal Code.

The investigator needs the following information:

Appropriate documents of the company "FAREDAN LLC" (12260 Willow Road, Bldg.No 2, Camden, DE 19934, County of Kent, USA, Account No███████████IBAN CODE LV940KBA0003204077395 SWIFT CODE███████████Bank Name: OGRES KOMERCBANKA, Riga, Latvia, Ban-Corr: DEUTSCHE BANK TRUST COMPANY AMERICAS, New York, Cor. Bank SWIFT CODE: BKTRUS33, Cor Account USD: 04-412-184), in order to expound the conditions on which the sale and bargain Contract was made regarding the microbuses "HYUNDAI H-1 VIN No NLJWWH7WO4z014724, VIN No NLWW7W64Z014719, VIN No NLJWWH7W24Z014720, VIN No NLJWWH7W44Z014721 VIN No NLJWWH7W64Z014722, VIN No NLJWWH7W84Z014723.

Along with it, documentation concerning the incorporation of the company "FAREDAN LLC" as well as the authorized signatures of its Manager and the specimen seal required for the expert examination.

The investigator also needs to organize examination of the company "FAREDAN LLC" manager – Mr.Adi Maor (other biographical particulars are unknown).

The investigation section of the Security Service Administration of Ukraine in Odessa region also kindly requests the competent authorities of the USA to keep confidentiality of the content of this request as far as it is possible according to the laws of the USA, since the disclosure of

information concerning this request may complicate the search of persons that have committed the crime.

The investigation section of the Security Service Administration of Ukraine in Odessa region from its part assure the competent authorities of the USA that the information obtained in fulfilment of the request will be used only for investigation of this criminal case and for its judicial trial.

The said criminal case has no political aims as its object.

During the investigation of the criminal case it was establish that on September 13, 2004 within the customs formalities regarding the microbus "HYUNDAI H-1 " VIN No NLJWWH7WO4Z014724, engine No G4JS3914774, which was brought to Ukraine from Turkey by unascertained persons on m/v "Kaledonia", and addressed to "Interkonsalt" LLC. As a ground for its transition though the customs boundary of Ukraine documents were produced to the passenger department of the custom authority "Odesa-port" of the Black sea regional custom and those documents contain wrong information related to the number of seats in the microbus. This resulted in change of the trade nomenclature code for the foreign-economic activity (further - ТНЗЕД) and in reduce of customs fees. So in accordance with the custom bill No 50006000/4/020395 as of 20.08.04 the said microbus has 12 seats. However, according to the expert estimation of the Odesa Regional Chamber of Commerce and Industry No НП – 8070 as of 27.08.04 and of the Odesa Scientific and Research Institute of the Forensic examinations No 11012 as of 13.09.04 the said microbus has in accordance with the manufacturer's design only 9 seats and 2 additional fold-back seats in the rear of the body are fixed out of plant.

Respectively, the microbus "HYUNDAI H-1 VIN No NLJWWH7WO4z014724, which costs according to the expert estimation of the private scientific and productive enterprise "EKOD" of UAH 110 102.00, has been brought through the custom border of Ukraine with concealment from the customs supervision, while producing to the custom's authorities documents that contain wrong information related to its full technical set and ТНЗЕД code.

According to the documents produced to the custom authorities of Ukraine the said microbus has been purchased by "Interkonsalt" LLC (37 Promyslova str., city of Odesa, code ██████████ dollar account ████████████ in JSB "Pivdenny", city of Odesa, SWIFT: PIVDUA 22, corr. acc. ████████ in the Bank of New York, SWIFT: IRVT US 3N) from the company "FAREDAN LLC" (12260 Willow Road, Bldg.No 2, Camden, DE 19934, County of Kent, USA, Account No ████████, IBAN CODE ████████████████, SWIFT CODE: OKBALV22, Bank Name: OGRES KOMERCBANKA, Riga, Latvia, Ban-Corr: DEUTSCHE BANK TRUST COMPANY AMERICAS, New York, Cor Bank SWIFT CODE: ████████. Cor Account USD: 04-412-184) on the ground of the contract No 15/06-04 INT as of June 15, 2004. the contract was signed by Mr. Maslov Gennady Valentynovych, manager of "Interkonsalt" LLC and by Mr. Adi Maor, manager of "FAREDAN LLC". According to an additional agreement to the contract as of June 18, 2004 "Interkonsalt" LLC undertook to pay from the dollar account No 26006301010068 in the LLC KB "Stolytsa", city of Kiev, OKPO code 380623. According to the specification No 1 to the contract "Interkonsalt" LLC has purchased from the company "FAREDAN LLC" 15 microbuses "HYUNDAI H-1 2.4 L" each provided with 11 seats with total cost of USD 152250.00 on c.i.f. Odesa/ Illichevsk terms. According to the contract 5 similar microbuses "HYUNDAI H-1 2.4 L": VIN No NLWW7W64Z014719, VIN No NLJWWH7W24Z014720, VIN No NLJWWH7W44Z014721 VIN No NLJWWH7W64Z014722, VIN No NLJWWH7W84Z014723. , except the arrested one, are delivered to Ukraine, but to the moment they are not produced for the custom clearance and are situated in the customs supervision zone.

**Article 201 of the Ukrainian Criminal Code. (Smuggling)**

1. Smuggling, i.e. transfer of the goods over the custom boundary without custom control or concealing from the custom control done in large size, as well as illegal transfer of historical and culture treasures, poisoning, drastic, radio-active or exploding substances, weapon and ammunition (except smooth-bore hunting riffle and ammunition to it), as well as smuggling of the strategically important raw materials to which the corresponding rules of transportation over the borders of Ukraine are stated by the Law –

   is punished by deprivation of liberty for the term from three to seven years with the confiscation of smuggling objects.

2. The same actions made with the previous conspiracy of group of persons or person that was convicted earlier for the crime foreseen by this article,-

   - are punished by deprivation of liberty for the term up to twelve years with the confiscation of smuggling objects and personal property.

**Notes:** Smuggling of goods is considered to be made in large size if the cost exceeds free of tax minimum incomes of the citizens thousand or more times.

## REQUIRED ASSISTANCE

The investigator suspects that the contract between the companies "Interkonsalt" LLC (37 Promyslova str., city of Odesa, code ▓▓▓▓▓, dollar account ▓▓▓▓▓▓▓ in JSB "Pivdenny", city of Odesa, SWIFT: PIVDUA 22, corr. acc. ▓▓▓▓▓ in the Bank of New York, SWIFT: IRVT US 3N) and "FAREDAN LLC" (12260 Willow Road, Bldg.No 2, Camden, DE 19934, County of Kent, USA, Account No ▓▓▓▓▓, IBAN CODE ▓▓▓▓▓▓▓▓, SWIFT CODE: ▓▓▓▓▓ Bank Name: OGRES KOMERCBANKA, Riga, Latvia, Ban-Corr: DEUTSCHE BANK TRUST COMPANY AMERICAS, New York, Cor. Bank SWIFT CODE: BKTRUS33, Cor Account USD: ▓▓▓▓ ▓▓) didn't take place and that there isn't any such company in the USA.

## REQUIRED DOCUMENTS

1. We kindly request You to send complete information that may concern the sale and dispatch to the address of "Interkonsalt" LLC of microbuses "HYUNDAI H-1 " VIN No NLJWWH7WO4z014724, VIN No NLWW7W64Z014719, VIN No NLJWWH7W24Z014720, VIN No NLJWWH7W44Z014721 VIN No NLJWWH7W64Z014722, VIN No NLJWWH7W84Z014723, transmitter – the company "HYUNDAI ASSAN OTOMOTIV SANAYI VE TIKARET A.S." (Turkey, other details are not known), marketer – the company "FAREDAN LLC" (12260 Willow Road, Bldg.No 2, Camden, DE 19934, County of Kent, USA, Account No ▓▓▓▓▓, IBAN CODE ▓▓▓▓▓▓▓ SWIFT CODE: ▓▓▓▓▓ Bank Name: OGRES KOMERCBANKA, Riga, Latvia, Ban-Corr: DEUTSCHE BANK TRUST COMPANY AMERICAS, New York, Cor. Bank SWIFT CODE: ▓▓▓▓▓ Cor Account USD: ▓▓▓▓▓ as well as proper copies of : contract No 15/ 06-04 INT as of June 15, 2004 with all appendixes, invoice No FA/2/ 07-04 as of 02.07.2003.

2. To pick up: from "FAREDAN LLC" (USA) authorized stamp samples of the said company (not less than 20 samples); 10 documents that bear free authorized signature of Adi Maor, manager of "FAREDAN LLC" and authorized stamps of the said company, authorized signature samples of Adi Maor, manager of "FAREDAN LLC" ( not less than 3 sheets A-4 with not less than 20 samples on each ).

3. To request from the relative authorities of USA certified copies of incorporation documents of "FAREDAN LLC".

## REQUIRED EVIDENCE

1. To interrogate Mr. Adi Maor (other biographical particulars are unknown), manager of "FAREDAN LLC" concerning the following questions:

- If he is really the director of "FAREDAN LLC"
- Did he make the contract No 15/ 06-04 INT as of June 15, 2004 concerning sale and bargain of 15 microbuses "HYUNDAI H-1 " with the company "Interkonsalt" LLC (city of Odesa, Ukraine) (to produce him a copy of the document for his elucidation);
- When, with whom and how he discussed the terms of the contract;
- In what way the contract was signed, if it was signed by one party in absence of the other, so by what mail and to what address it was sent, or to what phone number the fax notification was directed;
- Did he issued the following documents for 6 microbuses: invoice No FA/2/ 07-04 as of 02.07.2003 (to produce him a copy of the document for his elucidation) and in what way he sent it to "Interkonsalt" LLC;
- Does he know the citizens of Ukraine Maslov Gennady Valentynovych and Maslova Nataliya Vesylivna, if so when and in what situation they got acquainted and what are their relations now;
- What was the model of the 6 microbuses sent to "Interkonsalt" LLC, were they of nine or twelve seats or made over from nine to eleven seats in each;
- Were, by whom and in what situation the microbuses were made over from nine to eleven seats in each;
- Were the conditions of the contract related to the payment for the said microbuses fulfilled and why the other 9 microbuses are not delivered to Ukraine;
- Did they make similar supplies of microbuses to "Interkonsalt" LLC earlier, if so when, on what terms and what kind of microbuses were delivered;
- Was the delivery of microbuses paid on advance by "Interkonsalt" LLC.

## PROCEDURE OF THE INQUIRY PERFORMANCE

As for the necessary interrogation of the witnesses and preparation of interrogation results we address the competent institutions of the USA with the request to carry out the following:

1. To start the interrogation of the witness with the identification of his full name, his present address, date and place of birth.

2. To notify the witness that he is not obliged to answer questions concerning himself, the members of his family and close relatives. It is also necessary to notify the witness that he can be brought to criminal liability for false answers to all the other questions.

3. To put only those questions the answers to which are necessary.

4. To arrange all abovementioned information in the form of transcript of interrogation.

5. This transcript should contain the following:

- personal data of the witness;
- the note that the correspondent institution of the USA notified the witness that he has the right not to answer questions concerning himself and the members of his family and close relatives but as for the other questions the answers to them must be true otherwise the witness can be brought to criminal liability;
- the questions that have been put and the answers to them.

6. Then: 1) to read out to the witness the recorded questions and answers; or 2) to ask the witness to get acquainted by himself with all the questions and answers written in the transcript.

7. To indicate in the interrogation transcript whether the representative of the competent institution of the USA read out to the witness all the questions and answers or he got acquainted with them by himself.

8. Every single page of the witness's interrogation transcript must be signed by the person who gave testimonies in capacity of the witness. Then this transcript should be signed by the representative of the competent institution of the USA who carried out the interrogation.

In respect of the information that may concern the sale and dispatch to the address of "Interkonsalt" LLC of microbuses "HYUNDAI H-1 " VIN No NLJWWH7WO4z014724, VIN No NLWW7W64Z014719, VIN No NLJWWH7W24Z014720, VIN No NLJWWH7W44Z014721 VIN No NLJWWH7W64Z014722, VIN No NLJWWH7W84Z014723, transmitter – the company "HYUNDAI ASSAN OTOMOTIV SANAYI VE TIKARET A.S." (Turkey, other details are not known), marketer – the company "FAREDAN LLC" (12260 Willow Road, Bldg.No 2, Camden, DE 19934, County of Kent, USA, Account No ███████ IBAN CODE LV940KBA0003204077395, SWIFT CODE: OKBALV22, Bank Name: OGRES KOMERCBANKA, Riga, Latvia, Ban-Corr: DEUTSCHE BANK TRUST COMPANY AMERICAS, New York, Cor. Bank SWIFT CODE: ███████, Cor Account USD: ███████ we kindly request the competent authorities of USA to carry out the following:

1.  After obtaining the record copies, the representative of the competent institution of the USA should verify their identity with originals and certify by the seal and his signature.
2.  To pick up: from "FAREDAN LLC" (USA) authorized stamp samples of the said and free authorized signature and authorized stamps of the said company; authorized signature samples of manager in accordance with the current laws of USA.
3.  To request from the competent institution of the USA certified copies of documents on the ground of which the incorporation of "FAREDAN LLC" was made in accordance with the current laws of USA.

## CONTACT PERSON

If any questions concerning this inquiry or the possibilities of its realization arise, please feel free to contact the senior investigator of the Security Service Administration of Ukraine in Odessa region Melnikov M.O. on the phone (+ 38-0482-22-18-85).

Please, send the documents received in the process of this inquiry realization to the address: Ukraine, the city of Odessa, 43 Yevreyskaya str.

Senior Investigator of the Investigation department
of the Security Service Administration
of Ukraine in Odessa region
Captain of Justice                                    Melnikov M.O.

" _____ " _____2004



Annex: this Request includes certified with the official seal enumerated below documents, which are to be produced to the witness during his interrogation:
- certified record copies as follows: contract No 15/ 06-04 INT as of June 15, 2004, as well as specification and invoice No FA/2/ 07-04 as of 02.07.2003, total ___7___ pages.

Translation is carried out in the translation center "Orient" by the translator Nikonov Konstantin

